**DISMISS and Opinion Filed May 5, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00346-CV

## IN RE KANDIS N. HUTCHINSON, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-02821**

## MEMORANDUM OPINION
Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Nowell

Before the Court are relator's April 18, 2022 petition for writ of injunction and real parties in interest's motion to dismiss. In the petition, relator seeks a writ of injunction pending resolution of her separate appeal from the family court associate judge's report denying her request for a temporary injunction.

A court of appeals may grant injunctive relief to protect its jurisdiction over a pending appeal and preserve the subject matter of the litigation so that the appeal does not become moot. *See Dallas Morning News v. Fifth Court of Appeals*, 842 S.W.2d 655, 657 (Tex. 1992) (orig. proceeding); *see also* TEX. GOV'T CODE § 22.221(a) ("Each court of appeals or a justice of a court of appeals may issue a writ of mandamus and all other writs necessary to enforce the jurisdiction of the

court."). This Court, however, has now issued an opinion and judgment in the appeal. *Hutchinson v. B&K Hutchinson LLC*, No. 05-22-00343-CV, 2022 WL 1401427 (Tex. App.—Dallas May 4, 2022, no pet. h.) (mem. op.). Accordingly, we grant real parties' motion and dismiss the petition for writ of injunction as moot. We also lift the stay issued by our April 19, 2022 order granting relator's request for immediate relief.

220346f.p05

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE